ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 9 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO. 3:08-CR-053-P(01) |
| ) | |
| BEVERLY CUMBERLAND ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**BEVERLY CUMBERLAND**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **BEVERLY CUMBERLAND** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **BEVERLY CUMBERLAND** be adjudged guilty and have sentence imposed accordingly.

Date: September 7, 2008.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE